# EXHIBIT 1

# DECLARATION OF ANDREA SCHAEFFER

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRADY MISNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00689-MHW SCS |
| | ) | |
| CARSHIELD d/b/a NRRM, LLC, | ) | 12-PERSON JURY DEMAND |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF ANDREA SCHAEFFER IN SUPPORT OF DEFENDANT NRRM, LLC d/b/a CARSHIELD'S MOTION TO DISMISS CLASS ACTION COMPLAINT

I, Andrea Schaeffer, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am over the age of eighteen (18) and competent to testify to the matters asserted herein, of which I have personal knowledge.

2. I am currently employed as a Senior Paralegal for Defendant NRRM, LLC d/b/a CarShield.

3. In this role, I am familiar with CarShield's recordkeeping and have personal knowledge of information related to CarShield's consent forms, consumer-call policies and practices, and I have reviewed CarShield's interactions with Plaintiff in this matter.

4. Attached hereto as **Attachment 1** are true and accurate copies of the information CarShield collected from Plaintiff, Brady Misner, when he entered his information into one of CarShield's online forms and requested to be contacted about a vehicle service contract.

5. The fields (*e.g.,* "PhoneNumber," "Zip," "CustState," "EmailAddress," "Year,"

"Make," "Model," "Miles," "Leadsource" and "RefURL") show the information Mr. Misner submitted to CarShield, in addition to information about what URL or advertisement the consumer interacted with which ultimately led the consumer to submit a request for information.

6. **Attachment 1** reflects that Mr. Misner completed three forms on CarShield's website on August 20, 2024, October 13, 2025, and April 29, 2026.

7. The August 20, 2024, form, specifically, the LeadSource and Traffic Source rows reflect that Mr. Misner completed an online form on CarShield's website, CarShield.com, through Google. Attach. 1; *See also* a true and accurate copy of an example consent form attached hereto as **Attachment 2**.

8. The October 13, 2025 form, specifically, the LeadSource and Traffic Source rows reflect that Mr. Misner clicked on a Facebook advertisement, which led him to completing an online form on CarShield.com. *See* Attach. 1 and 2.

9. The April 29, 2026 form, specifically, the REFURL reflects that Mr. Misner clicked on an advertisement he received through Benefit Hub. *See* Attach.1; *See also* a true and accurate copy of the advertisement and example consent form attached hereto as **Attachment 3**.

10. The April 29, 2026 form reflects that Mr. Misner completed an online form on CarShield's website, CarShieldprotection.com, wherein he provided his personal information including his phone number (614) 701-7530. *See* Attach. 1 and 3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 13th, 2026.

Andrea K Shauffer

4934-2301-0758 v1 [105444-93]

1