# ATTACHMENT 1
# TO THE
# DECLARATION OF ANDREA SCHAEFFER

SELECT * FROM InternetLeads iLWHERE appNumber = '0009661184' | Enter a SQL expression to filter results (use Ctrl+Space)

| | | Row #1 |
|---|---|---|
| 123 | RefNumber | 9,729,256 |
| | InsertedDate | 2026-04-29 18:44:48.000 GMT-05:00 |
| A-Z | FullName | [NULL] |
| A-Z | PhoneNumber | 6147017530 |
| A-Z | Zip | 43209 |
| A-Z | CustState | OH |
| A-Z | EmailAddress | brady@misners.com |
| A-Z | Year | 2017 |
| A-Z | Make | VOLKSWAGEN |
| A-Z | Model | PASSAT |
| A-Z | Miles | 148000 |
| A-Z | Promo | |
| A-Z | HowYouHear | |
| A-Z | IPAddress | 10.0.32.24:28743 |
| A-Z | IPLocation | |
| A-Z | RefURL | ☑ https://carshieldprotection.com/free-quote/?utm_source=theirchoice&utm_campaign=theirchoice&utm_content=theirchoice&dt=benefithub |
| A-Z | LeadSource | CarShieldProtection.com |
| A-Z | AssignedTo | [NULL] |
| A-Z | Status | [NULL] |
| A-Z | appNumber | 0009661184 |
| A-Z | LastName | Misner |
| A-Z | CampaignId | theirchoice |
| A-Z | AdGroupId | BENEFITHUB |
| A-Z | Keyword | theirchoice |
| A-Z | TrafficSource | theirchoice |
| A-Z | TrafficMedium | |
| A-Z | SpanishLead | N |
| A-Z | FirstName | Brady |
| A-Z | FortePromoCode | CAR639 |
| 123 | RawDBID | 10,986,848 |
| A-Z | CustCity | Bexley |
| A-Z | CustAddress | |
| A-Z | PostalCode | [NULL] |
| | submitDate | 2026-04-29 GMT-05:00 |
| A-Z | CanadaLead | [NULL] |
| A-Z | Custom1 | |
| A-Z | Custom2 | [NULL] |
| A-Z | Custom3 | [NULL] |
| A-Z | Custom4 | [NULL] |
| A-Z | SourceUniqueID | |
| A-Z | LateCall | [NULL] |
| A-Z | CustomerID | [NULL] |
| 123 | CompanyID | 1 |
| A-Z | CallBackTimeZone | [NULL] |
| | CallBackTime | [NULL] |
| | CallBackDate | [NULL] |
| A-Z | Processed | Y |
| 123 | LeadSourceTypeID | 89 |
| A-Z | UUID | D1B43E6E-4A82-412D-9AB3-2CEB5B28E335 |

| Field | Value |
|---|---|
| RefNumber | 7,481,375 |
| InsertedDate | 2024-08-20 10:29:34.000 GMT-05:00 |
| FullName | [NULL] |
| PhoneNumber | 3853839999 |
| Zip | 43209 |
| CustState | OH |
| EmailAddress | bradymisner2020@gmail.com |
| Year | 2017 |
| Make | Volkswagen |
| Model | Passat |
| Miles | 93000 |
| Promo | |
| HowYouHear | |
| IPAddress | 10.0.32.15:52586 |
| IPLocation | |
| RefURL | https://carshield.com/freequote/?utm_source=google&utm_medium=cpc&utm_campaign=8817787165&vt_k=carshield&dt=gglbrand&gad_source=1&gclid=CjwKCAjw_ZC2Bh AQEiwAXSgC |
| LeadSource | CarShield Website |
| AssignedTo | [NULL] |
| Status | [NULL] |
| appNumber | 0007634105 |
| LastName | misner |
| CampaignId | 8817787165 |
| AdGroupId | gglbrand |
| Keyword | carshield |
| TrafficSource | google |
| TrafficMedium | cpc |
| SpanishLead | N |
| FirstName | brady |
| FortePromoCode | CAR988 |
| RawDBID | 8,407,012 |
| CustCity | Bexley |
| CustAddress | |
| PostalCode | [NULL] |
| submitDate | 2024-08-20  GMT-05:00 |
| CanadaLead | [NULL] |
| Custom1 | |
| Custom2 | |
| Custom3 | [NULL] |
| Custom4 | |
| SourceUniqueID | CjwKCAjw_ZC2BhAQEiwAXSgCIsPSPJ_0SrJPs4YOo-A7jSu5iw036vmG_KoOefEkcpm9JH04uKPUshoCBvAQAvD_BwE |
| LateCall | |
| CustomerID | [NULL] |
| CompanyID | 1 |
| CallBackTimeZone | [NULL] |
| CallBackTime | [NULL] |
| CallBackDate | [NULL] |
| Processed | [NULL] |
| LeadSourceTypeID | [NULL] |

SELECT * FROM InternetLeads il WHERE appNumber = '0008683216'  | Enter a SQL expression to filter results (use Ctrl+Space)

| | Row #1 |
|---|---|
| RefNumber | 8,654,015 |
| InsertedDate | 2025-10-13 14:02:54.000  GMT-05:00 |
| FullName | [NULL] |
| PhoneNumber | 3853839999 |
| Zip | 43209 |
| CustState | OH |
| EmailAddress | bradymisner2020@gmail.com |
| Year | 2017 |
| Make | Volkswagen |
| Model | Passat |
| Miles | 130000 |
| Promo | |
| HowYouHear | |
| IPAddress | 2600:1700:98d0:27c0:ac90:5f37:4f93:284e |
| IPLocation | |
| RefURL | ☑ https://carshield.com/instantquote/?utm_adgroup=6855130308647&utm_source=facebook&utm_medium=cpc&utm_campaign=6855130308647&hsa_acc=3567024979926&hsa_cam=6855130308647&hsa_grp=6 |
| LeadSource | CarShield Website |
| AssignedTo | [NULL] |
| Status | [NULL] |
| appNumber | 0008683216 |
| LastName | misner |
| CampaignId | 6855130308647 |
| AdGroupId | 6855130308647 |
| Keyword | 6855130309847 |
| TrafficSource | facebook |
| TrafficMedium | cpc |
| SpanishLead | N |
| FirstName | Brady |
| FortePromoCode | CAR612-I |
| RawDBID | 9,670,490 |
| CustCity | Bexley |
| CustAddress | |
| PostalCode | [NULL] |
| submitDate | 2025-10-13  GMT-05:00 |
| CanadaLead | [NULL] |
| Custom1 | |
| Custom2 | |
| Custom3 | [NULL] |
| Custom4 | TTL - FB_IG - Leads - MOF - Creative Scaling - 10/3/25 |
| SourceUniqueID | |
| LateCall | |
| CustomerID | [NULL] |
| CompanyID | 1 |
| CallBackTimeZone | [NULL] |
| CallBackTime | [NULL] |
| CallBackDate | [NULL] |
| Processed | Y |
| LeadSourceTypeID | 39 |
| UUID | 8F863137-3968-49D8-992A-AAB0E60CB209 |

| | Row #1 |
|---|---|
| RefNumber | 7,481,375 |
| InsertedDate | 2024-08-20 10:29:34.000 GMT-05:00 |
| FullName | [NULL] |
| PhoneNumber | 3853839999 |
| Zip | 43209 |
| CustState | OH |
| EmailAddress | bradymisner2020@gmail.com |
| Year | 2017 |
| Make | Volkswagen |
| Model | Passat |
| Miles | 93000 |
| Promo | |
| HowYouHear | |
| IPAddress | 10.0.32.15:52586 |
| IPLocation | |
| RefURL | https://carshield.com/freequote/?utm_source=google&utm_medium=cpc&utm_campaign=8817787165&vt_k=carshield&dt=gglbrand&gad_source=1&gclid=CjwKCAjw_ZC2BhAQEiwAXSgC |
| LeadSource | CarShield Website |
| AssignedTo | [NULL] |
| Status | [NULL] |
| appNumber | 0007634105 |
| LastName | misner |
| CampaignId | 8817787165 |
| AdGroupId | gglbrand |
| Keyword | carshield |
| TrafficSource | google |
| TrafficMedium | cpc |
| SpanishLead | N |
| FirstName | brady |
| FortePromoCode | CAR988 |
| RawDBID | 8,407,012 |
| CustCity | Bexley |
| CustAddress | |
| PostalCode | [NULL] |
| submitDate | 2024-08-20 GMT-05:00 |
| CanadaLead | [NULL] |
| Custom1 | |
| Custom2 | |
| Custom3 | [NULL] |
| Custom4 | |
| SourceUniqueID | CjwKCAjw_ZC2BhAQEiwAXSgCIsPSPJ_0SrJPs4YOo-A7jSu5iw036vmG_KoOefEkcpm9JH04uKPUshoCBvAQAvD_BwE |
| LateCall | |
| CustomerID | [NULL] |
| CompanyID | 1 |
| CallBackTimeZone | [NULL] |
| CallBackTime | [NULL] |
| CallBackDate | [NULL] |
| Processed | [NULL] |
| LeadSourceTypeID | [NULL] |
| UUID | [NULL] |

| | Row #1 |
|---|---|
| RefNumber | 8,654,015 |
| InsertedDate | 2025-10-13 14:02:54.000 GMT-05:00 |
| FullName | [NULL] |
| PhoneNumber | 3853839999 |
| Zip | 43209 |
| CustState | OH |
| EmailAddress | bradymisner2020@gmail.com |
| Year | 2017 |
| Make | Volkswagen |
| Model | Passat |
| Miles | 130000 |
| Promo | |
| HowYouHear | |
| IPAddress | 2600:1700:98d0:27c0:ac90:5f37:4f93:284e |
| IPLocation | |
| RefURL | ☑ https://carshield.com/instantquote/?utm_adgroup=6855130308647&utm_source=facebook&utm_medium=cpc&utm_campaign=6855130308647&hsa_acc=3567024979926&hsa_cam=6855130308647&hsa_grp=6 |
| LeadSource | CarShield Website |
| AssignedTo | [NULL] |
| Status | [NULL] |
| appNumber | 0008683216 |
| LastName | misner |
| CampaignId | 6855130308647 |
| AdGroupId | 6855130308647 |
| Keyword | 6855130309847 |
| TrafficSource | facebook |
| TrafficMedium | cpc |
| SpanishLead | N |
| FirstName | Brady |
| FortePromoCode | CAR612-I |
| RawDBID | 9,670,490 |
| CustCity | Bexley |
| CustAddress | |
| PostalCode | [NULL] |
| submitDate | 2025-10-13 GMT-05:00 |
| CanadaLead | [NULL] |
| Custom1 | |
| Custom2 | |
| Custom3 | [NULL] |
| Custom4 | TTL - FB_IG - Leads - MOF - Creative Scaling - 10/3/25 |
| SourceUniqueID | |
| LateCall | |
| CustomerID | [NULL] |
| CompanyID | 1 |
| CallBackTimeZone | [NULL] |
| CallBackTime | [NULL] |
| CallBackDate | [NULL] |
| Processed | Y |
| LeadSourceTypeID | 39 |
| UUID | 8F863137-3968-49D8-992A-AAB0E60CB209 |