# ATTACHMENT 2
# TO THE
# DECLARATION OF ANDREA SCHAEFFER

