# ATTACHMENT 3
# TO THE
# DECLARATION OF ANDREA SCHAEFFER

| Field | Value |
|---|---|
| A-Z PhoneNumber | 6147017530 |
| A-Z Zip | 43209 |
| A-Z CustState | OH |
| A-Z EmailAddress | brady@misners.com |
| A-Z Year | 2017 |
| A-Z Make | VOLKSWAGEN |
| A-Z Model | PASSAT |
| A-Z Miles | 148000 |
| A-Z Promo | |
| A-Z HowYouHear | |
| A-Z IPAddress | 10.0.32.24:28743 |
| A-Z IPLocation | |
| A-Z RefURL | https://carshieldprotection.com/free-quote/?utm_source=theirchoice&utm_campaign=theirchoice&utm_content=theirchoice&dt=benefithub |
| A-Z LeadSource | CarShieldProtection.com |
| A-Z AssignedTo | [NULL] |
| A-Z Status | [NULL] |
| A-Z appNumber | 0009661184 |
| A-Z LastName | Misner |
| A-Z CampaignId | theirchoice |
| A-Z AdGroupId | BENEFITHUB |
| A-Z Keyword | theirchoice |
| A-Z TrafficSource | theirchoice |
| A-Z TrafficMedium | |
| A-Z SpanishLead | N |
| A-Z FirstName | Brady |
| A-Z FortePromoCode | CAR639 |
| 123 RawDBID | 10,986,848 |
| A-Z CustCity | Bexley |
| A-Z CustAddress | |
| A-Z PostalCode | [NULL] |
| ⊘ submitDate | 2026-04-29 GMT-05:00 |
| A-Z CanadaLead | [NULL] |
| A-Z Custom1 | |
| A-Z Custom2 | [NULL] |
| A-Z Custom3 | [NULL] |
| A-Z Custom4 | [NULL] |
| A-Z SourceUniqueID | |
| A-Z LateCall | [NULL] |
| A-Z CustomerID | [NULL] |
| 123 CompanyID | 1 |
| A-Z CallBackTimeZone | [NULL] |
| ⊘ CallBackTime | [NULL] |
| ⊘ CallBackDate | [NULL] |
| A-Z Processed | Y |