# EXHIBIT 2

# TRANSCRIPT
# AND PHONE CALL RECORDINGS

Brady Misner
4-29-26 call

| | | |
|---|---|---|
| Misner | 00:03 | Hello |
| Carshield | 00:04 | Hey, Brady, this is Malcom calling on a recorded line with Carshield.  I am just contacting you regarding the information you requested on our site. And I need to verify a couple of details here with you. |
| Misner | 00:13 | Okay |
| Carshield | 00:14 | First, it looks like they have your zip code here as 43209. |
| Misner | 00:18 | Yeah. |
| Carshield | 00:19 | Right.  And you have about 148,000 on that? |
| Misner | 00:25 | Yeah. |
| Carshield | 00:27 | Great.  And is everything running okay for you? |
| Misner | 00:29 | Yeah. |
| Carshield | 00:31 | Right.  So no check engine lights or leaking fluids at all? |
| Misner | 00:34 | No. |
| Carshield | 00:36 | Perfect allowing us to verify.  One of our analysis, I am going to connect you with our specialist who is going to go into a little bit more detail.  Be one moment, okay? |

End of Call

4914-5283-3972 v1 [105444-93]

Brady Misner
4-30-26 call

Carshield        00:1    Hi, this is Jonathan calling on a recorded line from Carshield.

Misner           00:04   Well, I

Cashield         00:5    Huh?


End of Call


4909-4322-6548 v1 [105444-93]

Brady Misner
5-26-26 call

Carshield                  00:01   Hello.  You have reached the voicemail.  Please leave a message
                                   after the beep.  To end your recording, please press the pound key.

                           00:08   Beep

Carshield                  00:13   Hello.  You have reached the voicemail.  Please leave a message
                                   after the beep.


End of Call


4919-5484-0244 v1 [105444-93]

Brady Misner
5-27-26 call

| | | |
|---|---|---|
| Woman | 00:02 | Hey, how's it going? |
| Phone Ringing | 00:02 | |

End of Call

4920-4377-2852 v1 [105444-93]

Brady Misner
5-28-26 call

Woman                 00:21   Hello.  You have reached the voicemail.  Please leave a message
                              after the beep.

s

End of Call

4925-5849-2596 v1 [105444-93]

Brady Misner
5-29-26 call

Carshield          00:1    Hello.  This is Kathy.  I calling on a recorded line.

Woman              00:21   Hello.  You have reached the voicemail.  Please leave a message after…

End of Call


4901-8228-8564 v1 [105444-93]