**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Brady Misner**
*On behalf of himself and others similarly situated,*

**Plaintiff,**

**v.**

**Carshield**
*doing business as*
NRRM LLC,

**Defendant.**

**Case No. 2:26-cv-00689**
**Judge Michael H. Watson**
**Magistrate Judge S. Courter M. Shimeall**

**NOTICE OF HEARING**

**TAKE NOTICE** that a Telephonic Preliminary Pretrial Conference will be held before the Honorable S. Courter M. Shimeall on **September 17, 2026,** at **10:00 AM**. The parties are directed to call **1-551-285-1373**, and enter Zoom Meeting ID **161-603-4081#**. The Participant ID and Meeting Passcode are both **581746#**.

**PLEASE NOTE:**

1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

2. The Eastern Division General Order on Pretrial Conferences can also be found on the Court's website.

3. Parties, if represented by counsel, or principals are welcome, but not required, to participate in the conference.

**DATE: August 17, 2026**

***s/ Wendy McCormick***
Wendy McCormick, Courtroom Deputy
Wendy_McCormick@ohsd.uscourts.gov
614-719-3461