**THE UNITED STATES DISTRICT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| BRADY MISNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:26-cv-00689-MHW SCS |
| v. | ) | Judge Michael H. Watson |
| | ) | Magistrate Judge S. Courter Shimeall |
| CARSHIELD d/b/a NRRM, LLC, | ) | |
| | ) | 12-PERSON JURY DEMAND |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE AUDIO EXHIBITS**

NRRM, LLC d/b/a CarShield moves this Court for leave to hand file audio recordings of the transcripts of audio recordings attached as Exhibit 2 to its Motion to Dismiss Plaintiff's Class Action Complaint (Docket Entry No. 5).

Respectfully submitted,

*/s/ Manuel D. Cardona*
Manuel D. Cardona (0098079)
DICKINSON WRIGHT PLLC
180 East Broad Street, Suite 3400
Columbus, Ohio 43215
(614) 591-5468
mcardona@dwlaw.com

***Attorneys for Defendant Carshield d/b/a NRRM, LLC***

Respectfully submitted,

*/s/ Manuel D. Cardona*
Manuel D. Cardona (0098079)
DICKINSON WRIGHT PLLC
180 East Broad Street, Suite 3400
Columbus, Ohio 43215
(614) 591-5468
mcardona@dwlaw.com

Jeffrey H. Kass, No. 60672 (*pro hac vice application forthcoming*)
1125 17th Street, Suite 550
Denver, CO 80202
Tel: (303) 723-8400
Fax: (844) 670-6009
Email: JKass@dickinson-wright.com

***Attorneys for Defendant Carshield d/b/a NRRM, LLC***

**CERTIFICATE OF SERVICE**

This document was served via the court's efiling system to all counsel of record on this the 17th day of August, 2026.

*/s/ Manuel D. Cardona*
Manuel D. Cardona (0098079)