**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| BRADY MISNER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CARSHIELD d/b/a NRRM LLC,<br><br>Defendant. | Civil Case No.: 26-cv-689<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S AGREED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION**

Plaintiff Brady Misner, by and through undersigned counsel, respectfully moves for a fourteen-day extension of time to respond to Defendant's Motion [ECF No. 5]. In support, Plaintiff states as follows:

1. Defendant filed its Motion on August 14, 2026. The materials submitted in support of the Motion include, among other things, records concerning alleged website submissions and transcripts and recordings of telephone calls between Plaintiff and Defendant. See ECF Nos. 5-2 through 5-5. For example, the call transcript submitted by Defendant reflects a call on April 29, 2026, during which a CarShield representative stated that he was contacting Plaintiff regarding information allegedly requested on CarShield's website.

2. Plaintiff respectfully requests an additional fourteen days to review Defendant's Motion and supporting materials and to prepare his response.

3. Pursuant to S.D. Ohio Civ. R. 7.3(a), undersigned counsel conferred with counsel for Defendant regarding the requested extension. Defendant consents to the requested fourteen-day extension. Accordingly, this Motion is agreed and unopposed. See S.D. Ohio Civ. R. 7.3(a).

4. This request is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Agreed Motion and extend Plaintiff's deadline to respond to Defendant's Motion [ECF No. 5] by fourteen days, through September 11, 2026.

Dated: August 29, 2026

PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com