**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| BRADY MISNER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CARSHIELD d/b/a NRRM LLC,<br><br>Defendant. | Civil Case No.: 26-cv-689 |

**Notice of Settlement**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: September 3, 2026

PLAINTIFF,

*/s/ Anthony I. Paronich*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com